**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON**

**CIVIL ACTION NO. 2011-121 (WOB-JGW)**

**PURE FISHING, INC.**                                                                            **PLAINTIFF**

**VS.**                            **ORDER and JUDGMENT**

**SHIMANO AMERICAN CORP., ET AL.**                          **DEFENDANTS**

This matter is before the court on the Report and Recommendation of the United States Magistrate Judge (Doc. #20), and there being no objections filed thereto, the court being advised,

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation of the United States Magistrate Judge be, and it hereby is, **adopted** as the findings of fact and conclusions of law of the court; that the motion to quash (Doc. #1) be, and it hereby is, **denied as moot**; and that this matter be, and it hereby is, **dismissed** and **stricken** from the docket of this court.

This 21st day of July, 2011.



Signed By:
*William O. Bertelsman* WOB
United States District Judge